EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>Carlos Carrasquillo Bermúdez | 2020 TSPR 55<br><br>204 DPR \_\_\_\_\_ |

Número del Caso:  TS-18,937


Fecha:  15 de julio de 2020


Abogados de la parte peticionaria:

    Lcdo. Virgilio Mainardi Peralta
    Lcdo. José A. Rivera Rodríguez


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Carlos Carrasquillo Bermúdez                    TS-18,937

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de julio de 2020.

Examinada la *Moción en respetuosa solicitud de reinstalación* presentada por el Sr. Carlos Carrasquillo Bermúdez, se provee ha lugar a la reinstalación a la práctica de la abogacía **únicamente**.

Se deniega su solicitud de reinstalación a la notaría y se le concede un término de sesenta (60) días, contados a partir de la notificación de esta Resolución, para que culmine el proceso de subsanar las faltas que le fueron señaladas por la Oficina de Inspección de Notarías.

Además, se le advierte al señor Carrasquillo sobre su deber de cumplir cabalmente con las órdenes de este Tribunal dentro del término provisto para ello.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo